# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | | |
|---|---|---|---|
| DARLA SEARCY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | 2:12-cv-122-JMS-WGH | |
| | ) | | |
| MR. MANSON, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## Entry Directing Further Proceedings

### I.

The plaintiff's motion to proceed *in forma pauperis* [2] is **granted.** The plaintiff is assessed an initial partial filing fee of Five Dollars and Zero Cents ($5.00). She shall have **through June 27, 2012,** in which to pay this sum to the clerk of the district court.

### II.

Plaintiff Darla Searcy filed this civil rights complaint alleging that the defendants were responsible for improperly changing her inmate classification from Level 1 to Level 2. She seeks an order requiring the defendants to reclassify her to Level 1. Her action is brought pursuant to 42 U.S.C. § 1983.

Section 1983 is not itself a source of substantive rights; instead it is a means for vindicating federal rights elsewhere conferred." *Ledford v. Sullivan,* 105 F.3d 354, 356 (7th Cir. 1997) (citing *Baker v. McCollan*, 443 U.S. 137, 144 n.3 (1979)). Accordingly, "the first step in any [' 1983] claim is to identify the specific constitutional right infringed." *Albright v. Oliver,* 510 U.S. 266, 271 (1994).

Ms. Searcy shall have **through June 27, 2012**, in which to identify the federal right or rights she seeks to vindicate in this action.

**IT IS SO ORDERED.**

Date: 06/11/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Financial Deputy Clerk

DARLA SEARCY
933513
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872